# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth Vargas <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 18-18272 ref |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MTGLQ Investors, L.P. and index same on the master mailing list.

    Respectfully submitted,
**/s/ Rebecca A. Solarz, Esq.**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322