| Partner Name: Elizabeth Vargas | Pay Frequency: Weekly | Cintas Corporation No. 2 |
| --- | --- | --- |
| Address: 34 east montgomery street | Pay Begin Date: 12/02/2018 | PO Box 625737 Cincinnati OH 45262-5737 |
| allentown PA 18103 | Pay End Date: 12/08/2018 | |
| | Check Date: 12/14/2018 | Tax Identification Number: 31-1703809 |
| | Advice Number: 0120966000060001 | |
| | Cost Center: 101.10000 | FED / State PA |
| Partner ID: 01209660 | SSN: xxx-xx-3227 | Status: Single / Single |
| Salary/Hourly Rate: 958.5288 | Job Title: Production Supervisor | Allow: 00 / 00 |
| Partner Subgroup: Salaried - Exempt | | Addl $: |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings | BEFORE-TAX DEDUCTIONS | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Salary | | | | | 958.53 | 45,762.82 | Medical Pre-Ta | 20.50 | 1,025.00 |
| Partner Impute | | | | | 2.80 | 140.00 | Dental Pre Tax | 6.36 | 318.00 |
| Special Gift | | | | | | 1,000.00 | Vision Pre Tax | 1.36 | 68.00 |
| Holiday Pay | | | | | | 1,122.87 | 401kPartPln Pr | 115.02 | 5,746.34 |
| Total | | | | | 961.33 | 48,025.69 | Total | 143.24 | 7,157.34 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld | AFTER-TAX DEDUCTIONS | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TX Withholding Tax FED | 818.09 | 86.25 | 40,868.35 | 4,453.15 | Ptvl - Pst Tax | 4.47 | 223.50 |
| TX EE Social Security Tax FED | 933.11 | 57.85 | 46,614.69 | 2,890.11 | Voluntary AD&D | 1.37 | 68.50 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 46,614.69 | 675.91 | Partner Impute | 2.80 | 140.00 |
| TX Withholding Tax PA | 933.11 | 28.65 | 46,614.69 | 1,431.29 | PtnrPln 401K 1 Ded | 48.39 | 2,419.50 |
| TX EE Unemployment Tax PA | 961.33 | 0.58 | 48,025.69 | 28.82 | PtnrPln 401K 2 Ded | 13.68 | 684.00 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 46,614.69 | 920.74 | State Debt | 0.00 | 61.50 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 45,474.69 | 50.00 | Total | 70.71 | 3,597.00 |
| Total | | 206.29 | | 10,450.02 | | | |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
| --- | --- | --- | --- |
| Account 1 | XXXXXXX3753 | C | 541.09 |

| | GROSS (less Imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
| --- | --- | --- | --- | --- |
| Current | 958.53 | 206.29 | 211.15 | 541.09 |
| YTD | 47,885.69 | 10,450.02 | 10,614.34 | 26,821.33 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay.
Currency displayed in USD.

| Partner Name: Elizabeth Vargas | Pay Frequency: Weekly | Cintas Corporation No. 2 |
| --- | --- | --- |
| Address: 34 east montgomery street | Pay Begin Date: 11/25/2018 | PO Box 625737 Cincinnati OH 45262-5737 |
| allentown PA 18103 | Pay End Date: 12/01/2018 | |
| | Check Date: 12/07/2018 | Tax Identification Number: 31-1703809 |
| | Advice Number: 0120966000059001 | |
| | Cost Center: 101.10000 | |
| Partner ID: 01209660 | SSN: xxx-xx-3227 | |
| Salary/Hourly Rate: 958.5288 | Job Title: Production Supervisor | |
| Partner Subgroup: Salaried - Exempt | | |

| | | FED | State PA |
| --- | --- | --- | --- |
| Status: | | Single | Single |
| Allow: | | 00 | 00 |
| Addl $: | | | |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings | BEFORE-TAX DEDUCTIONS | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Salary | | | | | 958.53 | 44,804.29 | Medical Pre-Ta | 20.50 | 1,004.50 |
| Partner Impute | | | | | 2.80 | 137.20 | Dental Pre Tax | 6.36 | 311.64 |
| Special Gift | | | | | | 1,000.00 | Vision Pre Tax | 1.36 | 66.64 |
| Holiday Pay | | | | | | 1,122.87 | 401kPartPln Pr | 115.02 | 5,631.32 |
| Total | | | | | 961.33 | 47,064.36 | Total | 143.24 | 7,014.10 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld | AFTER-TAX DEDUCTIONS | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TX Withholding Tax FED | 818.09 | 86.25 | 40,050.26 | 4,366.90 | Ptvl - Pst Tax | 4.47 | 219.03 |
| TX EE Social Security Tax FED | 933.11 | 57.85 | 45,681.58 | 2,832.26 | Voluntary AD&D | 1.37 | 67.13 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 45,681.58 | 662.38 | Partner Impute | 2.80 | 137.20 |
| TX Withholding Tax PA | 933.11 | 28.65 | 45,681.58 | 1,402.64 | PtnrPln 401K 1 Ded | 48.39 | 2,371.11 |
| TX EE Unemployment Tax PA | 961.33 | 0.58 | 47,064.36 | 28.24 | PtnrPln 401K 2 Ded | 13.68 | 670.32 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 45,681.58 | 902.31 | State Debt | 0.00 | 61.50 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 44,544.38 | 49.00 | Total | 70.71 | 3,526.29 |
| Total | | 206.29 | | 10,243.73 | | | |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
| --- | --- | --- | --- |
| Account 1 | XXXXXXX3753 | C | 541.09 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
| --- | --- | --- | --- | --- |
| Current | 958.53 | 206.29 | 211.15 | 541.09 |
| YTD | 46,927.16 | 10,243.73 | 10,403.19 | 26,280.24 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay.
Currency displayed in USD.

Page 1 of 1

| | | |
|---|---|---|
| Partner Name: Elizabeth Vargas | Pay Frequency: Weekly | Cintas Corporation No. 2 |
| Address: 34 east montgomery street | Pay Begin Date: 11/18/2018 | PO Box 625737 Cincinnati OH 45262-5737 |
| allentown PA  18103 | Pay End Date: 11/24/2018 | |
| | Check Date: 11/30/2018 | Tax Identification Number: 31-1703809 |
| | Advice Number: 0120966000058001 | |
| | Cost Center: 101.10000 | FED / State PA |
| Partner ID: 01209660 | SSN: xxx-xx-3227 | Status: Single / Single |
| Salary/Hourly Rate: 958.5288 | Job Title: Production Supervisor | Allow: 00 / 00 |
| Partner Subgroup: Salaried - Exempt | | Addl $: |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings | BEFORE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Salary | | | | | 766.82 | 43,845.76 | Medical Pre-Ta | 20.50 | 984.00 |
| Holiday Pay | | | 23.9632 | 8.00 | 191.71 | 1,122.87 | Dental Pre Tax | 6.36 | 305.28 |
| Partner Impute | | | | | 2.80 | 134.40 | Vision Pre Tax | 1.36 | 65.28 |
| Special Gift | | | | | | 1,000.00 | 401kPartPln Pr | 115.02 | 5,516.30 |
| Total | | | | 8.00 | 961.33 | 46,103.03 | Total | 143.24 | 6,870.86 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld | AFTER-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| TX Withholding Tax FED | 818.09 | 86.25 | 39,232.17 | 4,280.65 | Ptvl - Pst Tax | 4.47 | 214.56 |
| TX EE Social Security Tax FED | 933.11 | 57.86 | 44,748.47 | 2,774.41 | Voluntary AD&D | 1.37 | 65.76 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 44,748.47 | 648.85 | Partner Impute | 2.80 | 134.40 |
| TX Withholding Tax PA | 933.11 | 28.65 | 44,748.47 | 1,373.99 | PtnrPln 401K 1 Ded | 48.39 | 2,322.72 |
| TX EE Unemployment Tax PA | 961.33 | 0.57 | 46,103.03 | 27.66 | PtnrPln 401K 2 Ded | 13.68 | 656.64 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 44,748.47 | 883.88 | State Debt | 0.00 | 61.50 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 43,614.07 | 48.00 | Total | 70.71 | 3,455.58 |
| Total | | 206.29 | | 10,037.44 | | | |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
|---|---|---|---|
| Account 1 | XXXXXXX3753 | C | 541.09 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
|---|---|---|---|---|
| Current | 958.53 | 206.29 | 211.15 | 541.09 |
| YTD | 45,968.63 | 10,037.44 | 10,192.04 | 25,739.15 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay.
Currency displayed in USD.

Page 1 of 1

| Partner Name: Elizabeth Vargas | Pay Frequency: Weekly | Cintas Corporation No. 2 |
|---|---|---|
| Address: 34 east montgomery street allentown PA 18103 | Pay Begin Date: 11/11/2018 | PO Box 625737 Cincinnati OH 45262-5737 |
| | Pay End Date: 11/17/2018 | |
| | Check Date: 11/23/2018 | Tax Identification Number: 31-1703809 |
| | Advice Number: 0120966000057001 | |
| | Cost Center: 101.10000 | FED / State PA |
| Partner ID: 01209660 | SSN: xxx-xx-3227 | Status: Single / Single |
| Salary/Hourly Rate: 958.5288 | Job Title: Production Supervisor | Allow: 00 / 00 |
| Partner Subgroup: Salaried - Exempt | | Addl $: |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings | BEFORE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Salary | | | | | 958.53 | 43,078.94 | Medical Pre-Ta | 20.50 | 963.50 |
| Partner Impute | | | | | 2.80 | 131.60 | Dental Pre Tax | 6.36 | 298.92 |
| Special Gift | | | | | | 1,000.00 | Vision Pre Tax | 1.36 | 63.92 |
| Holiday Pay | | | | | | 931.16 | 401kPartPln Pr | 115.02 | 5,401.28 |
| Total | | | | | 961.33 | 45,141.70 | Total | 143.24 | 6,727.62 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld | AFTER-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| TX Withholding Tax FED | 818.09 | 86.25 | 38,414.08 | 4,194.40 | Ptvl - Pst Tax | 4.47 | 210.09 |
| TX EE Social Security Tax FED | 933.11 | 57.85 | 43,815.36 | 2,716.55 | Voluntary AD&D | 1.37 | 64.39 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 43,815.36 | 635.32 | Partner Impute | 2.80 | 131.60 |
| TX Withholding Tax PA | 933.11 | 28.65 | 43,815.36 | 1,345.34 | PtnrPln 401K 1 Ded | 48.39 | 2,274.33 |
| TX EE Unemployment Tax PA | 961.33 | 0.58 | 45,141.70 | 27.09 | PtnrPln 401K 2 Ded | 13.68 | 642.96 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 43,815.36 | 865.45 | State Debt | 0.00 | 61.50 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 42,683.76 | 47.00 | Total | 70.71 | 3,384.87 |
| Total | | 206.29 | | 9,831.15 | | | |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
|---|---|---|---|
| Account 1 | XXXXXXX3753 | C | 541.09 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
|---|---|---|---|---|
| Current | 958.53 | 206.29 | 211.15 | 541.09 |
| YTD | 45,010.10 | 9,831.15 | 9,980.89 | 25,198.06 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay. Currency displayed in USD.

Page 1 of 1

| Partner Name: Elizabeth Vargas | Pay Frequency: Weekly | Cintas Corporation No. 2 |
| --- | --- | --- |
| Address: 34 east montgomery street | Pay Begin Date: 11/04/2018 | PO Box 625737 Cincinnati OH 45262-5737 |
| allentown PA 18103 | Pay End Date: 11/10/2018 | |
| | Check Date: 11/16/2018 | Tax Identification Number: 31-1703809 |
| | Advice Number: 0120966000056001 | |
| | Cost Center: 101.10000 | FED / State PA |
| Partner ID: 01209660 | SSN: xxx-xx-3227 | Status: Single / Single |
| Salary/Hourly Rate: 958.5288 | Job Title: Production Supervisor | Allow: 00 / 00 |
| Partner Subgroup: Salaried - Exempt | | Addl $: |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings |
| --- | --- | --- | --- | --- | --- | --- |
| Salary | | | | | 958.53 | 42,120.41 |
| Partner Impute | | | | | 2.80 | 128.80 |
| Special Gift | | | | | | 1,000.00 |
| Holiday Pay | | | | | | 931.16 |
| Total | | | | | 961.33 | 44,180.37 |

| BEFORE-TAX DEDUCTIONS | Current | YTD |
| --- | --- | --- |
| Medical Pre-Ta | 20.50 | 943.00 |
| Dental Pre Tax | 6.36 | 292.56 |
| Vision Pre Tax | 1.36 | 62.56 |
| 401kPartPln Pr | 115.02 | 5,286.26 |
| Total | 143.24 | 6,584.38 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld |
| --- | --- | --- | --- | --- |
| TX Withholding Tax FED | 818.09 | 86.25 | 37,595.99 | 4,108.15 |
| TX EE Social Security Tax FED | 933.11 | 57.85 | 42,882.25 | 2,658.70 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 42,882.25 | 621.79 |
| TX Withholding Tax PA | 933.11 | 28.65 | 42,882.25 | 1,316.69 |
| TX EE Unemployment Tax PA | 961.33 | 0.58 | 44,180.37 | 26.51 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 42,882.25 | 847.02 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 41,753.45 | 46.00 |
| Total | | 206.29 | | 9,624.86 |

| AFTER-TAX DEDUCTIONS | Current | YTD |
| --- | --- | --- |
| Ptvl - Pst Tax | 4.47 | 205.62 |
| Voluntary AD&D | 1.37 | 63.02 |
| Partner Impute | 2.80 | 128.80 |
| PtnrPln 401K 1 Ded | 48.39 | 2,225.94 |
| PtnrPln 401K 2 Ded | 13.68 | 629.28 |
| State Debt | 0.00 | 61.50 |
| Total | 70.71 | 3,314.16 |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
| --- | --- | --- | --- |
| Account 1 | XXXXXXX3753 | C | 541.09 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
| --- | --- | --- | --- | --- |
| Current | 958.53 | 206.29 | 211.15 | 541.09 |
| YTD | 44,051.57 | 9,624.86 | 9,769.74 | 24,656.97 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay. Currency displayed in USD.

Page 1 of 1

| | | |
|---|---|---|
| **Partner Name:** Elizabeth Vargas<br>**Address:** 34 east montgomery street<br>allentown PA 18103<br><br>**Partner ID:** 01209660<br>**Salary/Hourly Rate:** 958.5288<br>**Partner Subgroup:** Salaried - Exempt | **Pay Frequency:** Weekly<br>**Pay Begin Date:** 10/28/2018<br>**Pay End Date:** 11/03/2018<br>**Check Date:** 11/09/2018<br>**Advice Number:** 0120966000055001<br>**Cost Center:** 101.10000<br>**SSN:** xxx-xx-3227<br>**Job Title:** Production Supervisor | Cintas Corporation No. 2<br>PO Box 625737 Cincinnati OH 45262-5737<br><br>**Tax Identification Number:** 31-1703809<br><br>  FED    State PA<br>**Status:**  Single   Single<br>**Allow:**  00    00<br>**Addl $:** |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|
| Salary | | | | | 958.53 | 41,161.88 |
| Partner Impute | | | | | 2.80 | 126.00 |
| Special Gift | | | | | | 1,000.00 |
| Holiday Pay | | | | | | 931.16 |
| Total | | | | | 961.33 | 43,219.04 |

| BEFORE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Pre-Ta | 20.50 | 922.50 |
| Dental Pre Tax | 6.36 | 286.20 |
| Vision Pre Tax | 1.36 | 61.20 |
| 401kPartPln Pr | 115.02 | 5,171.24 |
| Total | 143.24 | 6,441.14 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld |
|---|---|---|---|---|
| TX Withholding Tax FED | 818.09 | 86.25 | 36,777.90 | 4,021.90 |
| TX EE Social Security Tax FED | 933.11 | 57.86 | 41,949.14 | 2,600.85 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 41,949.14 | 608.26 |
| TX Withholding Tax PA | 933.11 | 28.65 | 41,949.14 | 1,288.04 |
| TX EE Unemployment Tax PA | 961.33 | 0.58 | 43,219.04 | 25.93 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 41,949.14 | 828.59 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 40,823.14 | 45.00 |
| Total | | 206.30 | | 9,418.57 |

| AFTER-TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| Ptvl - Pst Tax | 4.47 | 201.15 |
| Voluntary AD&D | 1.37 | 61.65 |
| Partner Impute | 2.80 | 126.00 |
| PtnrPln 401K 1 Ded | 48.39 | 2,177.55 |
| PtnrPln 401K 2 Ded | 13.68 | 615.60 |
| State Debt | 0.00 | 61.50 |
| Total | 70.71 | 3,243.45 |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
|---|---|---|---|
| Account 1 | XXXXXXX3753 | C | 541.08 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
|---|---|---|---|---|
| Current | 958.53 | 206.30 | 211.15 | 541.08 |
| YTD | 43,093.04 | 9,418.57 | 9,558.59 | 24,115.88 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay. Currency displayed in USD.

Page 1 of 1

| Partner Name: Elizabeth Vargas | Pay Frequency: Weekly | Cintas Corporation No. 2 | |
|---|---|---|---|
| Address: 34 east montgomery street | Pay Begin Date: 10/21/2018 | PO Box 625737 Cincinnati OH 45262-5737 | |
| allentown PA  18103 | Pay End Date: 10/27/2018 | | |
| | Check Date: 11/02/2018 | Tax Identification Number: 31-1703809 | |
| | Advice Number: 0120966000054001 | FED | State PA |
| | Cost Center: 101.10000 | Status: Single | Single |
| Partner ID: 01209660 | SSN: xxx-xx-3227 | Allow: 00 | 00 |
| Salary/Hourly Rate: 958.5288 | Job Title: Production Supervisor | Addl $: | |
| Partner Subgroup: Salaried - Exempt | | | |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings | BEFORE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Salary | | | | | 958.53 | 40,203.35 | Medical Pre-Ta | 20.50 | 902.00 |
| Partner Impute | | | | | 2.80 | 123.20 | Dental Pre Tax | 6.36 | 279.84 |
| Special Gift | | | | | | 1,000.00 | Vision Pre Tax | 1.36 | 59.84 |
| Holiday Pay | | | | | | 931.16 | 401kPartPln Pr | 115.02 | 5,056.22 |
| Total | | | | | 961.33 | 42,257.71 | Total | 143.24 | 6,297.90 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld | AFTER-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| TX Withholding Tax FED | 818.09 | 86.25 | 35,959.81 | 3,935.65 | Ptvl - Pst Tax | 4.47 | 196.68 |
| TX EE Social Security Tax FED | 933.11 | 57.85 | 41,016.03 | 2,542.99 | Voluntary AD&D | 1.37 | 60.28 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 41,016.03 | 594.73 | Partner Impute | 2.80 | 123.20 |
| TX Withholding Tax PA | 933.11 | 28.65 | 41,016.03 | 1,259.39 | PtnrPln 401K 1 Ded | 48.39 | 2,129.16 |
| TX EE Unemployment Tax PA | 961.33 | 0.57 | 42,257.71 | 25.35 | PtnrPln 401K 2 Ded | 13.68 | 601.92 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 41,016.03 | 810.16 | State Debt | 0.00 | 61.50 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 39,892.83 | 44.00 | Total | 70.71 | 3,172.74 |
| Total | | 206.28 | | 9,212.27 | | | |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
|---|---|---|---|
| Account 1 | XXXXXXX3753 | C | 541.10 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
|---|---|---|---|---|
| Current | 958.53 | 206.28 | 211.15 | 541.10 |
| YTD | 42,134.51 | 9,212.27 | 9,347.44 | 23,574.80 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay. Currency displayed in USD.

Page 1 of 1

| Partner Name: Elizabeth Vargas | Pay Frequency: Weekly | Cintas Corporation No. 2 |
|---|---|---|
| Address: 34 east montgomery street | Pay Begin Date: 10/14/2018 | 6800 Cintas Boulevard Cincinnati OH 45262-5737 |
| allentown PA  18103 | Pay End Date: 10/20/2018 | |
| | Check Date: 10/26/2018 | Tax Identification Number:  31-1703809 |
| | Advice Number: 0120966000053001 | |
| | Cost Center: 101.10000 | FED / State PA |
| Partner ID: 01209660 | SSN: xxx-xx-3227 | Status: Single / Single |
| Salary/Hourly Rate: 958.5288 | Job Title: Production Supervisor | Allow: 00 / 00 |
| Partner Subgroup: Salaried - Exempt | | Addl $: |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings | BEFORE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Salary | | | | | 958.53 | 39,244.82 | Medical Pre-Ta | 20.50 | 881.50 |
| Partner Impute | | | | | 2.80 | 120.40 | Dental Pre Tax | 6.36 | 273.48 |
| Special Gift | | | | | | 1,000.00 | Vision Pre Tax | 1.36 | 58.48 |
| Holiday Pay | | | | | | 931.16 | 401kPartPln Pr | 115.02 | 4,941.20 |
| Total | | | | | 961.33 | 41,296.38 | Total | 143.24 | 6,154.66 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld | AFTER-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| TX Withholding Tax FED | 818.09 | 86.25 | 35,141.72 | 3,849.40 | Ptvl - Pst Tax | 4.47 | 192.21 |
| TX EE Social Security Tax FED | 933.11 | 57.85 | 40,082.92 | 2,485.14 | Voluntary AD&D | 1.37 | 58.91 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 40,082.92 | 581.20 | Partner Impute | 2.80 | 120.40 |
| TX Withholding Tax PA | 933.11 | 28.65 | 40,082.92 | 1,230.74 | PtnrPln 401K 1 Ded | 48.39 | 2,080.77 |
| TX EE Unemployment Tax PA | 961.33 | 0.58 | 41,296.38 | 24.78 | PtnrPln 401K 2 Ded | 13.68 | 588.24 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 40,082.92 | 791.73 | State Debt | 0.00 | 61.50 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 38,962.52 | 43.00 | Total | 70.71 | 3,102.03 |
| Total | | 206.29 | | 9,005.99 | | | |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
|---|---|---|---|
| Account 1 | XXXXXXX3753 | C | 541.09 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
|---|---|---|---|---|
| Current | 958.53 | 206.29 | 211.15 | 541.09 |
| YTD | 41,175.98 | 9,005.99 | 9,136.29 | 23,033.70 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay.
Currency displayed in USD.

Page 1 of 1

| Partner Name: Elizabeth Vargas | Pay Frequency: Weekly | Cintas Corporation No. 2 |
| --- | --- | --- |
| Address: 34 east montgomery street | Pay Begin Date: 10/07/2018 | 6800 Cintas Boulevard Cincinnati OH 45262-5737 |
| allentown PA 18103 | Pay End Date: 10/13/2018 | |
| | Check Date: 10/19/2018 | Tax Identification Number: 31-1703809 |
| | Advice Number: 0120966000052001 | |
| | Cost Center: 101.10000 | FED / State PA |
| Partner ID: 01209660 | SSN: xxx-xx-3227 | Status: Single / Single |
| Salary/Hourly Rate: 958.5288 | Job Title: Production Supervisor | Allow: 00 / 00 |
| Partner Subgroup: Salaried - Exempt | | Addl $: |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings |
| --- | --- | --- | --- | --- | --- | --- |
| Salary | | | | | 958.53 | 38,286.29 |
| Partner Impute | | | | | 2.80 | 117.60 |
| Special Gift | | | | | | 1,000.00 |
| Holiday Pay | | | | | | 931.16 |
| Total | | | | | 961.33 | 40,335.05 |

| BEFORE-TAX DEDUCTIONS | Current | YTD |
| --- | --- | --- |
| Medical Pre-Ta | 20.50 | 861.00 |
| Dental Pre Tax | 6.36 | 267.12 |
| Vision Pre Tax | 1.36 | 57.12 |
| 401kPartPln Pr | 115.02 | 4,826.18 |
| Total | 143.24 | 6,011.42 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld |
| --- | --- | --- | --- | --- |
| TX Withholding Tax FED | 818.09 | 86.25 | 34,323.63 | 3,763.15 |
| TX EE Social Security Tax FED | 933.11 | 57.85 | 39,149.81 | 2,427.29 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 39,149.81 | 567.67 |
| TX Withholding Tax PA | 933.11 | 28.65 | 39,149.81 | 1,202.09 |
| TX EE Unemployment Tax PA | 961.33 | 0.58 | 40,335.05 | 24.20 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 39,149.81 | 773.30 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 38,032.21 | 42.00 |
| Total | | 206.29 | | 8,799.70 |

| AFTER-TAX DEDUCTIONS | Current | YTD |
| --- | --- | --- |
| Ptvl - Pst Tax | 4.47 | 187.74 |
| Voluntary AD&D | 1.37 | 57.54 |
| Partner Impute | 2.80 | 117.60 |
| PtnrPln 401K 1 Ded | 48.39 | 2,032.38 |
| PtnrPln 401K 2 Ded | 13.68 | 574.56 |
| State Debt | 61.50 | 61.50 |
| Total | 132.21 | 3,031.32 |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
| --- | --- | --- | --- |
| Account 1 | XXXXXXX3753 | C | 479.59 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
| --- | --- | --- | --- | --- |
| Current | 958.53 | 206.29 | 272.65 | 479.59 |
| YTD | 40,217.45 | 8,799.70 | 8,925.14 | 22,492.61 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay. Currency displayed in USD.

Page 1 of 1

| | | | |
|---|---|---|---|
| **Partner Name:** Elizabeth Vargas | **Pay Frequency:** Weekly | Cintas Corporation No. 2 | |
| **Address:** 34 east montgomery street | **Pay Begin Date:** 09/30/2018 | 6800 Cintas Boulevard Cincinnati OH 45262-5737 | |
| allentown PA 18103 | **Pay End Date:** 10/06/2018 | | |
| | **Check Date:** 10/12/2018 | **Tax Identification Number:** 31-1703809 | |
| | **Advice Number:** 0120966000051001 | FED | State PA |
| | **Cost Center:** 101.10000 | **Status:** Single | Single |
| **Partner ID:** 01209660 | **SSN:** xxx-xx-3227 | **Allow:** 00 | 00 |
| **Salary/Hourly Rate:** 958.5288 | **Job Title:** Production Supervisor | **Addl $:** | |
| **Partner Subgroup:** Salaried - Exempt | | | |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings | BEFORE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Salary | | | | | 958.53 | 37,327.76 | Medical Pre-Ta | 20.50 | 840.50 |
| Partner Impute | | | | | 2.80 | 114.80 | Dental Pre Tax | 6.36 | 260.76 |
| Special Gift | | | | | | 1,000.00 | Vision Pre Tax | 1.36 | 55.76 |
| Holiday Pay | | | | | | 931.16 | 401kPartPln Pr | 115.02 | 4,711.16 |
| Total | | | | | 961.33 | 39,373.72 | Total | 143.24 | 5,868.18 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld | AFTER-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| TX Withholding Tax FED | 818.09 | 86.25 | 33,505.54 | 3,676.90 | Ptvl - Pst Tax | 4.47 | 183.27 |
| TX EE Social Security Tax FED | 933.11 | 57.86 | 38,216.70 | 2,369.44 | Voluntary AD&D | 1.37 | 56.17 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 38,216.70 | 554.14 | Partner Impute | 2.80 | 114.80 |
| TX Withholding Tax PA | 933.11 | 28.65 | 38,216.70 | 1,173.44 | PtnrPln 401K 1 Ded | 48.39 | 1,983.99 |
| TX EE Unemployment Tax PA | 961.33 | 0.57 | 39,373.72 | 23.62 | PtnrPln 401K 2 Ded | 13.68 | 560.88 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 38,216.70 | 754.87 | Total | 70.71 | 2,899.11 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 37,101.90 | 41.00 | | | |
| Total | | 206.29 | | 8,593.41 | | | |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
|---|---|---|---|
| Account 1 | XXXXXXX3753 | C | 541.09 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
|---|---|---|---|---|
| Current | 958.53 | 206.29 | 211.15 | 541.09 |
| YTD | 39,258.92 | 8,593.41 | 8,652.49 | 22,013.02 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay. Currency displayed in USD.

Page 1 of 1

| | | |
|---|---|---|
| **Partner Name:** Elizabeth Vargas | **Pay Frequency:** Weekly | Cintas Corporation No. 2 |
| **Address:** 34 east montgomery street | **Pay Begin Date:** 09/23/2018 | 6800 Cintas Boulevard Cincinnati OH 45262-5737 |
| allentown PA 18103 | **Pay End Date:** 09/29/2018 | |
| | **Check Date:** 10/05/2018 | **Tax Identification Number:** 31-1703809 |
| | **Advice Number:** 0120966000050001 | |
| | **Cost Center:** 101.10000 | |
| **Partner ID:** 01209660 | **SSN:** xxx-xx-3227 | |
| **Salary/Hourly Rate:** 958.5288 | **Job Title:** Production Supervisor | |
| **Partner Subgroup:** Salaried - Exempt | | |

| | | | | | | FED | State PA |
|---|---|---|---|---|---|---|---|
| | | | | | Status: | Single | Single |
| | | | | | Allow: | 00 | 00 |
| | | | | | Addl $: | | |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings | BEFORE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Salary | | | | | 958.53 | 36,369.23 | Medical Pre-Ta | 20.50 | 820.00 |
| Partner Impute | | | | | 2.80 | 112.00 | Dental Pre Tax | 6.36 | 254.40 |
| Special Gift | | | | | | 1,000.00 | Vision Pre Tax | 1.36 | 54.40 |
| Holiday Pay | | | | | | 931.16 | 401kPartPln Pr | 115.02 | 4,596.14 |
| Total | | | | | 961.33 | 38,412.39 | Total | 143.24 | 5,724.94 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld | AFTER-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| TX Withholding Tax FED | 818.09 | 86.25 | 32,687.45 | 3,590.65 | Ptvl - Pst Tax | 4.47 | 178.80 |
| TX EE Social Security Tax FED | 933.11 | 57.85 | 37,283.59 | 2,311.58 | Voluntary AD&D | 1.37 | 54.80 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 37,283.59 | 540.61 | Partner Impute | 2.80 | 112.00 |
| TX Withholding Tax PA | 933.11 | 28.65 | 37,283.59 | 1,144.79 | PtnrPln 401K 1 Ded | 48.39 | 1,935.60 |
| TX EE Unemployment Tax PA | 961.33 | 0.58 | 38,412.39 | 23.05 | PtnrPln 401K 2 Ded | 13.68 | 547.20 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 37,283.59 | 736.44 | Total | 70.71 | 2,828.40 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 36,171.59 | 40.00 | | | |
| Total | | 206.29 | | 8,387.12 | | | |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
|---|---|---|---|
| Account 1 | XXXXXXX3753 | C | 541.09 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
|---|---|---|---|---|
| Current | 958.53 | 206.29 | 211.15 | 541.09 |
| YTD | 38,300.39 | 8,387.12 | 8,441.34 | 21,471.93 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay.
Currency displayed in USD.

Page 1 of 1

| Partner Name: Elizabeth Vargas | Pay Frequency: Weekly | Cintas Corporation No. 2 | | |
|---|---|---|---|---|
| Address: 34 east montgomery street | Pay Begin Date: 09/16/2018 | 6800 Cintas Boulevard Cincinnati OH 45262-5737 | | |
| allentown PA 18103 | Pay End Date: 09/22/2018 | | | |
| | Check Date: 09/28/2018 | Tax Identification Number: 31-1703809 | | |
| | Advice Number: 0120966000049001 | | FED | State PA |
| | Cost Center: 101.10000 | Status: | Single | Single |
| Partner ID: 01209660 | SSN: xxx-xx-3227 | Allow: | 00 | 00 |
| Salary/Hourly Rate: 958.5288 | Job Title: Production Supervisor | Addl $: | | |
| Partner Subgroup: Salaried - Exempt | | | | |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|
| Salary | | | | | 958.53 | 35,410.70 |
| Partner Impute | | | | | 2.80 | 109.20 |
| Special Gift | | | | | | 1,000.00 |
| Holiday Pay | | | | | | 931.16 |
| Total | | | | | 961.33 | 37,451.06 |

| BEFORE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Pre-Ta | 20.50 | 799.50 |
| Dental Pre Tax | 6.36 | 248.04 |
| Vision Pre Tax | 1.36 | 53.04 |
| 401kPartPln Pr | 115.02 | 4,481.12 |
| Total | 143.24 | 5,581.70 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld |
|---|---|---|---|---|
| TX Withholding Tax FED | 818.09 | 86.25 | 31,869.36 | 3,504.40 |
| TX EE Social Security Tax FED | 933.11 | 57.85 | 36,350.48 | 2,253.73 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 36,350.48 | 527.08 |
| TX Withholding Tax PA | 933.11 | 28.65 | 36,350.48 | 1,116.14 |
| TX EE Unemployment Tax PA | 961.33 | 0.58 | 37,451.06 | 22.47 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 36,350.48 | 718.01 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 35,241.28 | 39.00 |
| Total | | 206.29 | | 8,180.83 |

| AFTER-TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| Ptvl - Pst Tax | 4.47 | 174.33 |
| Voluntary AD&D | 1.37 | 53.43 |
| Partner Impute | 2.80 | 109.20 |
| PtnrPln 401K 1 Ded | 48.39 | 1,887.21 |
| PtnrPln 401K 2 Ded | 13.68 | 533.52 |
| Total | 70.71 | 2,757.69 |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
|---|---|---|---|
| Account 1 | XXXXXXX3753 | C | 541.09 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
|---|---|---|---|---|
| Current | 958.53 | 206.29 | 211.15 | 541.09 |
| YTD | 37,341.86 | 8,180.83 | 8,230.19 | 20,930.84 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay.
Currency displayed in USD.

Page 1 of 1

| | | |
|---|---|---|
| Partner Name: Elizabeth Vargas | Pay Frequency: Weekly | Cintas Corporation No. 2 |
| Address: 34 east montgomery street | Pay Begin Date: 09/09/2018 | 6800 Cintas Boulevard Cincinnati OH 45262-5737 |
| allentown PA 18103 | Pay End Date: 09/15/2018 | |
| | Check Date: 09/21/2018 | Tax Identification Number: 31-1703809 |
| | Advice Number: 0120966000048001 | |
| | Cost Center: 101.10000 | FED / State PA |
| Partner ID: 01209660 | SSN: xxx-xx-3227 | Status: Single / Single |
| Salary/Hourly Rate: 958.5288 | Job Title: Production Supervisor | Allow: 00 / 00 |
| Partner Subgroup: Salaried - Exempt | | Addl $: |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings | BEFORE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Salary | | | | | 958.53 | 34,452.17 | Medical Pre-Ta | 20.50 | 779.00 |
| Partner Impute | | | | | 2.80 | 106.40 | Dental Pre Tax | 6.36 | 241.68 |
| Special Gift | | | | | | 1,000.00 | Vision Pre Tax | 1.36 | 51.68 |
| Holiday Pay | | | | | | 931.16 | 401kPartPln Pr | 115.02 | 4,366.10 |
| Total | | | | | 961.33 | 36,489.73 | Total | 143.24 | 5,438.46 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld | AFTER-TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| TX Withholding Tax FED | 818.09 | 86.25 | 31,051.27 | 3,418.15 | Ptvl - Pst Tax | 4.47 | 169.86 |
| TX EE Social Security Tax FED | 933.11 | 57.86 | 35,417.37 | 2,195.88 | Voluntary AD&D | 1.37 | 52.06 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 35,417.37 | 513.55 | Partner Impute | 2.80 | 106.40 |
| TX Withholding Tax PA | 933.11 | 28.65 | 35,417.37 | 1,087.49 | PtnrPln 401K 1 Ded | 48.39 | 1,838.82 |
| TX EE Unemployment Tax PA | 961.33 | 0.57 | 36,489.73 | 21.89 | PtnrPln 401K 2 Ded | 13.68 | 519.84 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 35,417.37 | 699.58 | Total | 70.71 | 2,686.98 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 34,310.97 | 38.00 | | | |
| Total | | 206.29 | | 7,974.54 | | | |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
|---|---|---|---|
| Account 1 | XXXXXXX3753 | C | 541.09 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
|---|---|---|---|---|
| Current | 958.53 | 206.29 | 211.15 | 541.09 |
| YTD | 36,383.33 | 7,974.54 | 8,019.04 | 20,389.75 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay.
Currency displayed in USD.

Page 1 of 1

| | | |
|---|---|---|
| **Partner Name:** Elizabeth Vargas | **Pay Frequency:** Weekly | Cintas Corporation No. 2 |
| **Address:** 34 east montgomery street allentown PA 18103 | **Pay Begin Date:** 09/02/2018 **Pay End Date:** 09/08/2018 **Check Date:** 09/14/2018 **Advice Number:** 0120966000047001 **Cost Center:** 101.10000 **SSN:** xxx-xx-3227 **Job Title:** Production Supervisor | 6800 Cintas Boulevard Cincinnati OH 45262-5737 **Tax Identification Number:** 31-1703809 |
| **Partner ID:** 01209660 **Salary/Hourly Rate:** 958.5288 **Partner Subgroup:** Salaried - Exempt | | **Status:** FED Single / State PA Single **Allow:** 00 / 00 **Addl $:** |

| EARNINGS | Prior Period Begin | Prior Period End | Rate | Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|
| Salary | | | | | 766.82 | 33,493.64 |
| Holiday Pay | | | 23.9632 | 8.00 | 191.71 | 931.16 |
| Partner Impute | | | | | 2.80 | 103.60 |
| Special Gift | | | | | | 1,000.00 |
| **Total** | | | | 8.00 | 961.33 | 35,528.40 |

| BEFORE-TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Pre-Ta | 20.50 | 758.50 |
| Dental Pre Tax | 6.36 | 235.32 |
| Vision Pre Tax | 1.36 | 50.32 |
| 401kPartPln Pr | 115.02 | 4,251.08 |
| **Total** | 143.24 | 5,295.22 |

| TAXES | Current Taxable | Current Withheld | YTD Taxable | YTD Withheld |
|---|---|---|---|---|
| TX Withholding Tax FED | 818.09 | 86.25 | 30,233.18 | 3,331.90 |
| TX EE Social Security Tax FED | 933.11 | 57.85 | 34,484.26 | 2,138.02 |
| TX EE Medicare Tax FED | 933.11 | 13.53 | 34,484.26 | 500.02 |
| TX Withholding Tax PA | 933.11 | 28.65 | 34,484.26 | 1,058.84 |
| TX EE Unemployment Tax PA | 961.33 | 0.58 | 35,528.40 | 21.32 |
| TX Withholding Tax PA Allentow | 933.11 | 18.43 | 34,484.26 | 681.15 |
| TX Local Services Tax PA Emmau | 930.31 | 1.00 | 33,380.66 | 37.00 |
| **Total** | | 206.29 | | 7,768.25 |

| AFTER-TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| Ptvl - Pst Tax | 4.47 | 165.39 |
| Voluntary AD&D | 1.37 | 50.69 |
| Partner Impute | 2.80 | 103.60 |
| PtnrPln 401K 1 Ded | 48.39 | 1,790.43 |
| PtnrPln 401K 2 Ded | 13.68 | 506.16 |
| **Total** | 70.71 | 2,616.27 |

| NET DISTRIBUTIONS | Account Number | Type | Amount |
|---|---|---|---|
| Account 1 | XXXXXXX3753 | C | 541.09 |

| | GROSS (less imputed) | less TAXES | less DEDUCTIONS | equals NET PAY |
|---|---|---|---|---|
| **Current** | 958.53 | 206.29 | 211.15 | 541.09 |
| **YTD** | 35,424.80 | 7,768.25 | 7,807.89 | 19,848.66 |

Note: In California, SSR's can refer to the "California SSR Summary of Earnings Report" for additional information regarding pay. Currency displayed in USD.

Page 1 of 1