# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth Vargas <br>      Debtor(s) <br><br> Specialized Loan Servicing LLC as servicer for MTGLQ Investors, L.P., its successors and/or assigns <br>      Movant <br>  vs. <br><br> Elizabeth Vargas <br>      Debtor(s) <br><br> Scott F. Waterman, Esq. <br>      Trustee | CHAPTER 13 <br><br> NO. 18-18272 ref |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of MTGLQ Investors, L.P., which was filed with the Court on or about **February 13, 2019: Docket #13**.

              Respectfully submitted,

              **/s/ Rebecca A. Solarz, Esquire**
              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              412-430-3594

August 6, 2019