# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth Vargas | Case No: 18-18272-amc |
| Debtor | CHAPTER 13 |

## ORDER

UPON CONSIDERATION of the Application for Allowance of Compensation Pursuant to § 331 of the United States Bankruptcy Code ("Application")

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,000.00, of which $2,190 was received pre-petition.

**Date: September 17, 2019**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE