United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elizabeth Vargas  
       Debtor

Case No. 18-18272-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Feb 07, 2020  
                         Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.  
14427204       MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin,  P.O. Box 10826, Greenville, SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:  
           CHANDRA M. ARKEMA    on behalf of Creditor    U.S. Bank Trust National Association, et al carkema@squirelaw.com  
           CHARLES  LAPUTKA    on behalf of Debtor Elizabeth  Vargas claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
           HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com  
           ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
           SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@fredreiglech13.com  
           SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com  
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                        TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-18272-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Elizabeth Vargas
34 E Montgomery St
Allentown PA 18103

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/07/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 2: MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin, P.O. Box 10826, Greenville, SC  29603-0826 | U.S. Bank Trust National Association, et al<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/09/20

Tim McGrath
**CLERK OF THE COURT**