Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 18-18272-PMM

ELIZABETH  VARGAS  
34 E MONTGOMERY ST  
ALLENTOWN  PA    18103

Petition Filed Date: 12/18/2018  
341 Hearing Date: 02/05/2019  
Confirmation Date: 08/08/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2019 | $735.00 |  | 02/19/2019 | $735.00 |  | 03/18/2019 | $735.00 |  |
| 04/22/2019 | $735.00 |  | 05/24/2019 | $735.00 | Monthly Plan P | 06/25/2019 | $735.00 | Monthly Plan P |
| 07/31/2019 | $844.00 | Monthly Plan P | 09/12/2019 | $844.00 | Monthly Plan P | 10/23/2019 | $844.00 |  |
| 01/14/2020 | $844.00 |  | 04/06/2020 | $844.00 |  | 04/27/2020 | $1,200.00 |  |
| 05/06/2020 | $1,600.00 |  | 05/28/2020 | $844.00 |  | 06/11/2020 | $844.00 |  |
| 07/08/2020 | $848.00 |  |  |  |  |  |  |  |

**Total Receipts for the Period: $13,966.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,966.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC<br>»» 001 | Unsecured Creditors | $295.00 | $0.00 | $295.00 |
| 2 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 002 | Mortgage Arrears | $41,818.26 | $10,851.90 | $30,966.36 |
| 3 | CHARLES LAPUTKA ESQ<br>»» 003 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |

**Chapter 13 Case No. 18-18272-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,966.00 | Current Monthly Payment: | $844.00 |
| Paid to Claims: | $12,661.90 | Arrearages: | $790.00 |
| Paid to Trustee: | $1,304.10 | Total Plan Base: | $48,516.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.