| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-18272-PMM

ELIZABETH  VARGAS
34 E MONTGOMERY ST
ALLENTOWN  PA    18103

Petition Filed Date: 12/18/2018
341 Hearing Date: 02/05/2019
Confirmation Date: 08/08/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $844.00 | | 04/06/2020 | $844.00 | | 04/27/2020 | $1,200.00 | |
| 05/06/2020 | $1,600.00 | | 05/28/2020 | $844.00 | | 06/11/2020 | $844.00 | |
| 07/08/2020 | $848.00 | | 08/24/2020 | $840.00 | | 10/02/2020 | $844.00 | |
| 10/29/2020 | $844.00 | | 11/30/2020 | $844.00 | | 01/06/2021 | $844.00 | |
| 02/02/2021 | $844.00 | | 03/02/2021 | $844.00 | | 03/29/2021 | $840.00 | |
| 04/29/2021 | $844.00 | | | | | | | |

**Total Receipts for the Period:  $14,612.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $21,554.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC<br>»» 001 | Unsecured Creditors | $295.00 | $0.00 | $295.00 |
| 2 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 002 | Mortgage Arrears | $41,818.26 | $17,883.54 | $23,934.72 |
| 3 | CHARLES LAPUTKA ESQ<br>»» 003 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |

**Chapter 13 Case No. 18-18272-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,554.00 | Current Monthly Payment: | $844.00 |
| Paid to Claims: | $19,693.54 | Arrearages: | $1,642.00 |
| Paid to Trustee: | $1,860.46 | Total Plan Base: | $48,516.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.